```
                                     FILED
                              JUDGMENT ENTERED

                                 August 16, 2005

                          by ____G. Lucas_____
                                  Deputy Clerk
                              U.S. District Court
                          Eastern District of California
                            __X__   FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

THE HARTFORD CASUALTY
INSURANCE COMPANY,

       Plaintiff,

vs.                       **JUDGMENT IN A CIVIL ACTION**

                                1:05-cv-232 OWW LJO

VALLEY PEARL MARKETING, LLC, et al.

       Defendant.
_____/

       DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

       IT IS HEREBY ORDERED AND ADJUDGED that: 1) Plaintiff's request for declaratory relief is denied; 2) Plaintiff's request that the district court enjoin defendants from proceeding with the arbitration of this dispute is denied; 3) Plaintiff's request for Rule 11 sanctions against the defendants is denied; 4) Defendants' motion to compel arbitration is granted; 5) Defendants' request for Rule 11 sanctions against plaintiff is denied; 6) Dorothy Wyatt's motion to dismiss is granted and she is dismissed as a defendant

DATED: August 16, 2005

                                          JACK L. WAGNER, Clerk

                                By:   /s/ GREG LUCAS
                                        Deputy Clerk

jgm.civ
2/1/95